IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Mikha,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Trans Union, LLC,<br>a Delaware corporation;<br>Equifax Information Services, LLC,<br>a Georgia corporation; and<br>First Data Merchant Services Corporation,<br>a Georgia corporation,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01563-SRB<br><br>**ORDER DISMISSING TRANS UNION, LLC, ONLY, WITH PREJUDICE** |

The Court, having considered Plaintiff Don Mikha and Defendant Trans Union, LLC's Stipulation for Dismissal with Prejudice, and for good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to Defendant Trans Union, LLC, only, with each party to bear its own attorneys' fees and costs.

Dated this 6th day of January, 2016.

Susan R. Bolton
United States District Judge