# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Don Mikha,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Trans Union, LLC; Equifax Information Services, LLLC; and<br>First Data Merchant Services Corporation,<br><br>　　　　　　Defendants. | CASE NO.: 2:15-CV-01563-SRB<br><br>**ORDER** |

Upon consideration of the joint motion of Plaintiff, Don Mikha, and Defendant, First Data Merchant Services Corporation n/k/a First Data Merchant Services, LLC ("FDMS"), to set aside the November 10, 2015 Default Judgment as well as the corresponding March 1, 2016 Attorney's Fee Award, and to dismiss this action against FDMS with prejudice in accordance with Federal Rule of Civil Procedure 41,

**IT IS HEREBY ORDERED AND DECREED** that the motion is GRANTED. (Doc. 36)

**IT IS FURTHER ORDERED AND DECREED** that the November 10, 2015 Default Judgment as well as the corresponding March 1, 2016 Attorney's Fee Award against FDMS are set aside and this matter is dismissed, with prejudice, against FDMS.

Dated this 12th day of May, 2016.

_____
Susan R. Bolton
United States District Judge